UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
605 FIFTH PROPERTY OWNER, LLC,           :
                                         :
                      Plaintiff,         :   22cv4590 (DLC)
                                         :
           -v-                           :   ORDER
                                         :
ABASIC, S.A.,                            :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    On November 8, 2022, this Court issued an Opinion and Order holding Abasic, S.A. liable under its guarantee agreement with 605 Fifth Property Owner, LLC. Accordingly, it is hereby

    ORDERED that the plaintiff shall submit any motion for attorney's fees no later than **November 28, 2022.** The defendant shall submit any response no later than **December 5, 2022.** At the time any brief is filed, the filing party shall supply Chambers with two (2) courtesy copies of the papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED:

Dated:   New York, New York
         November 8, 2022

                                             DENISE COTE
                                 United States District Judge