```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
605 FIFTH PROPERTY OWNER, LLC,           :
                                         :
                    Plaintiff,           :    22cv4590 (DLC)
                                         :
          -v-                            :    ORDER
                                         :
ABASIC, S.A.,                            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received on November 17, 2022 the plaintiff's proposed judgment, it is hereby

ORDERED that any opposition to the terms or content of proposed judgment shall by submitted by **November 29, 2022**.

SO ORDERED:

Dated:  New York, New York
        November 17, 2022

_____
          DENISE COTE
United States District Judge