**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
605 FIFTH PROPERTY OWNER, LLC,

                Plaintiff,

-against-                        22 **CIVIL** 4590 (DLC)

**JUDGMENT**
For Attorney's Fees

ABASIC, S.A.,
                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 8, 2022, plaintiff's November 28, 2022 application for an award of attorneys' fees and costs is granted. The plaintiff is awarded $53,163.27 in attorneys' fees; accordingly, the case is closed.

**Dated:** New York, New York

    December 8, 2022

                                                        **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                      **BY:**          K. Mango

                                                         **Deputy Clerk**